**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In Re: | § | |
| **Cindy Yadhira Garcia** | § | Case No.: 24–30945 |
| Debtor. | § | Chapter: 13 |

## ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and the Clerk having informed the Court that the debtor has failed to satisfy the deficiencies as set out in the docket entry for this order,

**IT IS ORDERED** that this case is dismissed.

**IT IS FURTHER ORDERED** that the debtor is barred from filing a new bankruptcy case until the filing fee for this case is paid in full.

Signed and Entered on Docket: 3/21/24.

_____
Jeffrey P. Norman
United States Bankruptcy Judge